In the Matter of the Claim of SYLVIA STERN, Appellant, against CAMP BLUE RIDGE et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 22, 1940; decided June 11, 1940.

*Martin B. Nadle* for appellant.

*Reid A. Curtis* for Camp Blue Ridge et al., respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.